November 24, 1975.

M. P. Nos. 75-137, 75-276. MICHAEL MASSEY *v.* JAMES W. MULLEN, *Warden.* RALPH DiMASI *v.* JAMES W. MULLEN, *Warden.* Motion of respondent to pass *Massey* v. *Mullen* from the Argument Calendar for December 1975 is granted. Further, *Massey* v. *Mullen*, No. 75-137-M.P. and *DiMasi* v. *Mullen*, No. 75-276-M.P., are hereby consolidated for hearing and assigned to Monday, February 2, 1976. Briefs for petitioner, Ralph DiMasi, are to be filed on or before January 5, 1976. Briefs for respondent, James W. Mullen, are to be filed on or before January 26, 1976. *William F. Reilly*, Public Defender, *Allegra E. Munson*, Asst. Public Defender, for Michael Massey, *John F. Cicilline*, for Ralph DiMasi, petitioners. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for respondent.

November 27, 1975.

M. P. No. 75-195. NEW ENGLAND TELEPHONE AND TELEGRAPH COMPANY *v.* PUBLIC UTILITIES COMMISSION *et al.* Motion of the Public Utilities Commission and the motion of the Rhode Island Consumers' Council for oral argument are granted and assigned to the calendar for December 5, 1975. Roberts, C. J. not participating. *Andrew A. DiPrete, Peter J. McGinn*, for plaintiff. *Julius C. Michaelson*, Attorney General, *Gregory L. Benik*, Special Asst. Attorney General, *Dennis J. Roberts II*, for defendants.

M. P. No. 75-235. IN RE WILLIAM MURPHY. Petition for writ of certiorari denied. *Bevilacqua & Cicilline, John F. Cicilline*, for petitioner. *Julius C. Michaelson*, Attorney General, *Gregory L. Benik*, Special Asst. Attorney General, for respondent.